## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

# JS-6

### CIVIL MINUTES - GENERAL

| Case No. | 2:23-cv-05249-SVW-JC | | Date | April 5, 2024 |
|---|---|---|---|---|
| Title | *David J. DiMaria v. Arcis Golf LLC et al* | | | |

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

|  |  |
|---|---|
| Paul M. Cruz | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: N/A | Attorneys Present for Defendants: N/A |

**Proceedings:**          ORDER GRANTING HERITAGE GOLF GROUP'S MOTION TO DISMISS [48] AND DISMISSING CASE

Plaintiff's second amended complaint alleged four causes of action against four defendants: Arcis Golf LLC; CF Valencia Arcis LLC; CLP Valencia Golf, LLC; and Heritage Golf Group. Dkt. 29 ("SAC").

On January 8, 2024, the Court heard motions to dismiss brought by the first three defendants (Arcis Golf LLC, CF Valencia Arcis LLC, and CLP Valencia Golf, LLC). Dkt. 45. On January 25, 2024, the Court granted in part the motion to dismiss as to these defendants, dismissing Counts 2 to 4. Dkt. 52.

Count 1, the only remaining claim, was a breach of contract claim. SAC ¶¶ 34–44. On January 25, 2024, the Court issued an order to show cause why Count 1 should not be dismissed. Dkt. 53. Plaintiff responded to the order on February 8, 2024. Dkt. 57. On February 15, 2024, after considering Plaintiff's response, the Court dismissed the breach of contract claim, giving Plaintiff 10 days to amend his complaint. Dkt. 60.

Plaintiff filed a third amended complaint on February 26, 2024. Dkt. 62.

Heritage Golf Group is currently the only remaining defendant. Dkts. 66, 68. On January 17, 2024, Heritage Golf Group also brought a motion to dismiss the second amended complaint. Dkt. 48. On March 4, 2024, the Court held a hearing on this motion and informed the parties that the motion was granted. Dkt. 64. Because Plaintiff alleged the same four causes of action against Heritage Golf Group,

| | : | |
|---|---|---|
| Initials of Preparer | | |
| | PMC | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-05249-SVW-JC | Date | April 5, 2024 |
|---|---|---|---|
| Title | *David J. DiMaria v. Arcis Golf LLC et al* | | |

*see* SAC, the motion is granted due to the same reasons stated in the Court's prior orders. *See* Dkts. 52, 53, 60.

Trial was set for April 2, 2024. The pretrial conference was set for March 25, 2024. The parties did not appear at either the pretrial conference or the trial. Therefore, the case is dismissed.

**IT IS SO ORDERED.**

Initials of Preparer      :

PMC